**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 99-1340**

─────────

PATRICIA D. BAKER, a resident of Wake County,

                                    Plaintiff - Appellant,

        versus

MARVIN RUNYON, Postmaster General,

                                    Defendant - Appellee.

─────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, District Judge. (CA-97-476-5-F)

─────────

Submitted: August 5, 1999          Decided: August 10, 1999

─────────

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Patricia D. Baker, Appellant Pro Se. Sharon Coull Wilson, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Patricia Baker appeals the district court's order granting Defendant's motion for summary judgment in her action filed under the Family and Medical Leave Act, 29 U.S.C. § 2601 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Baker v. Runyon, No. CA-97-476-5-F (E.D.N.C. Feb. 5, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED